# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 13-39-GMS |
| ) | |
| JOSEPH TERRANOVA, ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION TO PARTIALLY UNSEAL DOCUMENTS

Now comes the Acting United States Attorney for the District of Delaware, David C. Weiss, and Robert F. Kravetz and Lesley F. Wolf, Assistant United States Attorneys, and moves the Court to partially unseal certain documents existing on the docket for the purpose of providing to parties in another criminal proceeding.

In support of this Motion, the government represents the following:

1. On May 8, 2013, Defendant Joseph Terranova pleaded guilty to a one-count Information charging him with conspiracy to commit bank fraud, in violation of 18 U.S.C. § 371 and 18 U.S.C. § 1344.

2. Mr. Terranova is scheduled to testify at trial in the matter of United States v. Wilmington Trust, et al, Case No. 15-23-RGA.

3. Defense counsel in that matter have requested copies of document numbers 12-15 existing on the docket in Case No. 13-39-GMS.

4. Accordingly, the United States respectfully requests that the Court partially unseal such documents, for the sole purpose of providing them to the defendants in Case No. 15-23-RGA.

5. Counsel for Mr. Terranova does not object to this request.

6. Accordingly, the government respectfully requests the Court to enter the order set forth below.

                                            Respectfully Submitted,

                                            DAVID C. WEISS
                                            Acting United States Attorney

By:          /s/
                 Robert F. Kravetz
                 Lesley F. Wolf
                 Assistant United States Attorneys

Dated:   August 30, 2017

AND NOW, the _____ day of _____, IT IS SO ORDERED. Documents 12-15 in Case No. 13-39 are HEREBY partially unsealed and may be provided to defendants in the matter of *United States v. Wilmington Trust*, Case No. 15-23-RGA.

                                      By the Court:   _____
                                                          Hon. Gregory M. Sleet
                                                          United States District Judge