IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 13-39-RGA |
| | ) | |
| JOSEPH TERRANOVA, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO SCHEDULE SENTENCING HEARING

NOW COMES the parties, the United States of America, by and through its undersigned attorneys (the "Government"), and the defendant, Joseph Terranova ("Defendant"), by and through his attorney, Patrick J. Cotter, who move jointly to schedule a Sentencing Hearing in the above captioned matter. The parties understand that the Court has availability to conduct the Sentencing Hearing on Tuesday, January 22, 2019, at 2:00 p.m. The parties respectfully request that the Court enter the attached order to schedule the hearing on that date and time.

Respectfully Submitted,

DAVID C. WEISS

United States Attorney
District of Delaware

/s/                                           By:      /s/
Patrick J. Cotter                                   Robert F. Kravetz
Attorney for Defendant                              Jennifer L. Hall
                                                    Jamie M. McCall
                                                    Assistant United States Attorneys

Dated: November 1, 2018

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 13-39-RGA |
| | ) | |
| JOSEPH TERRANOVA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

WHEREAS, the parties filed a Joint Motion to Schedule Sentencing Hearing on November 1, 2018;

WHEREAS, the parties requested that the Sentencing Hearing occur on Tuesday, January 22, 2019, at 2:00 p.m.

NOW THEREFORE, IT IS HEREBY ORDERED that:

A Sentencing Hearing will be held on **Tuesday, January 22, 2019, at 2:00 p.m.,** in Courtroom No. 6A on the 6th Floor, Boggs Federal Building, Wilmington, Delaware.

_____                    _____
Date                                                                                   Hon. Richard G. Andrews
                                                                                          United States District Judge